1

2                    **UNITED STATES DISTRICT COURT**

3                    **EASTERN DISTRICT OF WASHINGTON**

4

5   JOLENE R. HAYWARD                    )
    o/b/o D.L.R.H., minor child,         )
6                                        )
                 Plaintiff,              )
7                                        )        NO.  CV-11-0061-JPH
                 vs.                     )
8                                        )        **JUDGMENT IN A**
    MICHAEL J. ASTRUE,                   )        **CIVIL CASE**
9   Commissioner of Social Security,     )
                                         )
10               Defendant.              )
                                         )
11  _____)

12

13          **DECISION BY THE COURT:**

14          This action came to hearing before the court.  The issues have been heard
    and a decision has been rendered.

15
            **IT IS ORDERED AND ADJUDGED** that:
16
            Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's
17
    Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.
18
            DATED this 26th day of September, 2012.
19
                                         JAMES R. LARSEN
20                                       District Court Executive/Clerk

21

22
                                         by:   s/Pamela A. Howard_____
23                                             Deputy Clerk

24

25
    cc: all counsel
26